# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHY LORRAINE GARCIA<br><br>Defendant. | CASE NO.: 16-CR- 2849-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Garcia's Sentencing Hearing currently scheduled for October 20, 2017 at 9:00 a.m. be rescheduled to **January 5, 2018 at 9:00 a.m.**

**SO ORDERED.**

Dated: October 4, 2017

*/s/ Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge